**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____   Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ALL METRO SERVICE COMPANIES LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **14-1916755** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3134 CALIFORNIA STREET NE #117**<br>**Minneapolis, MN 55418**<br>Number, Street, City, State & ZIP Code | **PO BOX 18500**<br>**Minneapolis, MN 55418**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Hennepin**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **ALL METRO SERVICE COMPANIES LLC**                                    Case number (*if known*) _____
          Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

|          | District _____ | When _____ | Case number _____ |
|          | District _____ | When _____ | Case number _____ |

Debtor    **ALL METRO SERVICE COMPANIES LLC**                          Case number (*if known*) _____
Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____  When _____  Case number, if known _____

**11.  Why is the case filed in *this district?***    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.  Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000
☑ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor    **ALL METRO SERVICE COMPANIES LLC**_____    Case number (*if known*)_____
      Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **ALL METRO SERVICE COMPANIES LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 11, 2024**
            MM / DD / YYYY

**X /s/ SCOTT BALTES**      **SCOTT BALTES**
Signature of authorized representative of debtor      Printed name

Title _____

**18. Signature of attorney**

**X /s/ JOHN D. LAMEY III**      Date **June 11, 2024**
Signature of attorney for debtor      MM / DD / YYYY

**JOHN D. LAMEY III 0312009**
Printed name

**LAMEY LAW FIRM, P.A.**
Firm name

**980 INWOOD AVE N**
**OAKDALE, MN 55128-7094**
Number, Street, City, State & ZIP Code

Contact phone   **651.209.3550**      Email address   **JLAMEY@LAMEYLAW.COM**

**0312009 MN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **ALL METRO SERVICE COMPANIES LLC**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 11, 2024**       *X* **/s/ SCOTT BALTES**
                                      Signature of individual signing on behalf of debtor

                                      **SCOTT BALTES**
                                      Printed name

                                      _____
                                      Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **ALL METRO SERVICE COMPANIES LLC** | |
| United States Bankruptcy Court for the:  DISTRICT OF MINNESOTA | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................ $            0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................... $       900,786.26

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................ $       900,786.26

---

**Part 2:    Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     1,195,887.51

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $        91,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$       100,506.08

4.  **Total liabilities** .........................................................................................................
   Lines 2 + 3a + 3b                                                                                   $     1,387,393.59

**Fill in this information to identify the case:**

Debtor name   **ALL METRO SERVICE COMPANIES LLC**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **FALCON NATIONAL BANK** | **CHECKING** | 3332 | $30.75 |
| 3.2. **FALCON NATIONAL BANK** | **SAVING** | 4067 | $0.00 |
| 3.3. **ROYAL CREDIT UNION** | **CHECKING** | | $663.51 |
| 3.4. **ROYAL CREDIT UNION** | **SAVINGS** | | $5.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$699.26

**Part 2:   Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Debtor | **ALL METRO SERVICE COMPANIES LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:     **121,830.00**  -  **0.00** = ....    **$121,830.00**

face amount       doubtful or uncollectible accounts

12.  **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     **$121,830.00**

## Part 4:  Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br>**2 Desks, 2 Cubicles, 3 Station Work Station, Conference Chairs, Fridge,  White Boards, All Desk Chairs, Reception & Office Seating Chairs, End Tables, File Cabinet, White Boards, , Breakroom Cabinets, Cleaning Supplies Cabinet** | **Unknown** | **Liquidation** | **$1,000.00** |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

| Debtor | **ALL METRO SERVICE COMPANIES LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **4 COMPUTERS AND MONITORS** | Unknown | Liquidation | $400.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| $1,400.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2021 DODGE RAM**<br>**VIN#: 3C6MR5AJ1MG675621** | Unknown | Comparable sale | $35,000.00 |
| 47.2. | **2021 DODGE RAM**<br>**VIN #: 3C6UR5HJ9MG698263** | Unknown | Comparable sale | $45,000.00 |
| 47.3. | **CAT - 263D SKID STEER** | Unknown | Liquidation | $48,000.00 |
| 47.4. | **7X14 6'6 Unie Trailer -VIN#**<br>**56JTE2121JA161672 PLT# 4111CTL**<br>**8.5X18 6'6  UnieTrailer - VIN#**<br>**56JTE2121JA161670 PLT# 4112CTL**<br>**Trailer 2018-  Unie -**<br>**VIN#56JTE1422JA161671**<br>**Trailer 2018-  UnieVin -**<br>**VIN#56JTE1424JA160165 PLT#CAU081**<br>**TPOT 2001Trailer -**<br>**VIN#1P9AS23201F239043** | Unknown | Liquidation | $14,500.00 |

Debtor    **ALL METRO SERVICE COMPANIES LLC**                                         Case number *(If known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| 47.5. | **Landscape Trailer GVW 3182 - 7000 lb Top Trailer** **Landscape Trailer P & J Trailer - ADDC905 VIN# 4P5U81215A2150705** **H & H Skid Trailer - VIN# 4KNUT1627VL160543** **H&H Skid Trailer - VIN# 5RVCC1620DM016500** **H&H Skid Trailer - VIN# 533UF1824GC252173** **H&H Skid Trailer - VIN#4J6DB12241B32231** | Unknown | Liquidation | $8,500.00 |
| 47.6. | **MSOT 2021 Dump Trailer Model HV-14 S/N 5JWBD1923MA004772** **INTT 2021 Trailer IBDU712TAS 4RADU1228MC053914** | Unknown | Liquidation | $15,000.00 |
| 47.7. | **SEE ATTACHED EXHIBIT A** | Unknown | Liquidation | $219,500.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
       **SEE ATTACHED EXHIBIT B**                          Unknown      Liquidation          $215,357.00

51.    **Total of Part 8.**                                                          | $600,857.00 |

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor   **ALL METRO SERVICE COMPANIES LLC**                          Case number *(If known)* _____
_____
Name

60.   **Patents, copyrights, trademarks, and trade secrets**

61.   **Internet domain names and websites**

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**
      CUSTOMER LIST                                    $0.00                                          Unknown

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**                                                                  | $0.00 |
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No.  Go to Part 12.
      ■ Yes Fill in the information below.

                                                                          **Current value of
                                                                          debtor's interest**

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

      **EMPLOYEE RETENTION TAX CREDIT**              Tax year **2020/2021**          $176,000.00

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit
      has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of
      every nature, including counterclaims of the debtor and rights to
      set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

Debtor    **ALL METRO SERVICE COMPANIES LLC**
          Name                                                              Case number *(If known)* _____

| | |
|---|---|
| 78. | **Total of Part 11.** | **$176,000.00** |

Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor    **ALL METRO SERVICE COMPANIES LLC**
Name

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $699.26 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $121,830.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,400.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $600,857.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $176,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $900,786.26 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92          $900,786.26

**All Metro Service Companies, LLC**

Vehicle List

# EXHIBIT A

| Equipment/Item | Notes | Fair Market Value |
|---|---|---|
| 20--2010 F250SD V-Plow | VIN# 1FTNF2B50AEB10883 Mileage 152,680 PLT#AJF179 | $ 5,000.00 |
| 9-10 Ft V-Plow Hiniker | Truck 20 Plow | $ 2,000.00 |
| 21--2008 F250 V-PLOW 1FTSX21578 | VIN# 1FTSX21578EE16023 Mileage 177,719 PLT# CCS134 | $ 2,000.00 |
| 9-10 Ft V-Plow Hiniker | Truck 21 Plow | $ 1,000.00 |
| 23--2008 F250 SD Dark Green | VIN# 1FTNF21508ED63424 Mileage 85,389 | $ 3,500.00 |
| 9-10 Ft V-Plow Hiniker | Truck 23 Plow | $ 2,000.00 |
| 24--2006 F250 8.5' Hiniker V-Pl | VIN# 1FTNF21506EC86325 Mileage 107,244 PLT#NTE191 | $ 5,000.00 |
| 9-10 Ft C-Plow | Truck 24 Plow | $ 3,000.00 |
| 25--2009 F250 1FTSW215X9EA19863 | VIN# 1FTSW215X9EA19863 Mileage 129,979 PLT#NUB945 | $ 2,500.00 |
| 26--2020 RAM 2500 Dodge | VIN# 3C6MR5AJL309257 Mileage 23547 PLT#NYB200 | $ 25,000.00 |
| HiniKer V-Plow 26 | | $ 4,000.00 |
| 27--2020 RAM 2500Dodge | Vin#3CMR5AJ0LG309258 Mileage 62975 PLT#NYB956 | $ 25,000.00 |
| HiniKer V-Plow 27 | | $ 4,000.00 |
| 31--2022 Ram 3500 Dodge | Vin#3C63R3AL8NG214340 Mileage 8693 | $ 60,000.00 |
| 32--1FTWF31575EA02214 05 F350 | VIN# 1FTWF31575EA02214 Mileage 129,916 | $ 3,000.00 |
| 9-10 Ft V-Plow Hiniker | Truck 32 Plow | $ 1,000.00 |
| 33--2005 F350 1FTWF31P25EC29117 | VIN# 1FTWF31P25EC29117 Mileage 113,321 | $ 3,000.00 |
| 9-10 Ft V-Plow Boss | Truck 33 Plow | $ 1,000.00 |
| 34--1FTSF31L54ED29464 04 F350 | VIN# 1FTSF31L54ED29464 Mileage 116,707 | $ 3,000.00 |
| 9-10 Ft V-Plow Hiniker | Truck 34 Plow | $ 2,500.00 |
| 35--1FTSF31L84ED13002 04 F350 | VIN# 1FTSF31L84ED13002 Mileage 102,298 | $ 3,000.00 |
| 9-10 Ft V-Plow Hiniker | Truck 35 Plow | $ 2,500.00 |
| 36--2005 F350 1FTWF31Y45ED08068 | VIN# 1FTWF31Y45ED08068 Mileage 113,405 | $ 3,000.00 |
| 9-10 Ft V-Plow Hiniker | Truck 36 Plow | $ 2,500.00 |
| 50--2005 F550 V# 1FDAF57P75EA34 | VIN# 1FDAF57P75EA34932 Mileage 72,299 | $ 15,000.00 |
| 9-10 Ft Straig Plow | Truck 50 Plow | $ 1,000.00 |
| 61 --2007 GMC Chip Truck | Vin# 1GDG5C1GX7F902445 | $ 35,000.00 |

$ 219,500.00

**All Metro Service Companies, LLC**

# EXHIBIT B

Equipment and Asset List

| Equipment/Item | Notes | Fair Market Value |
|---|---|---|
| 1550 AW Wacker Plate Compactor | S/N 10583771 | $ 500.00 |
| Aerator Blue Bird | Residential Size | $ 300.00 |
| Snow Blade  B04189-Bobcat | S/N 683812804 9Ft Leo Plow | $ 10,000.00 |
| Bobcat S650 B035482 | S/N ALJ813162 HR 1720 | $ 25,000.00 |
| Bobcat MT100 B52P13996 | | $ 28,000.00 |
| 9' Kage System | Used for Snow Services | $ 3,000.00 |
| Snow Tires 245/70R19 SNO GRP284 | Needed for Snow Services | $ 500.00 |
| Commercial Snow Blower 1 | These are in the 40 Yard Container in the Fenced in Area- Not Fixed Asset | $ 100.00 |
| Commercial Snow Blower 2 | These are in the 40 Yard Container in the Fenced in Area- Not Fixed Asset | $ 100.00 |
| Commercial Snow Blower 3 | These are in the 40 Yard Container in the Fenced in Area- Not Fixed Asset | $ 100.00 |
| Commercial Snow Blower 4 | These are in the 40 Yard Container in the Fenced in Area- Not Fixed Asset | $ 100.00 |
| Commercial Snow Blower 5 | These are in the 40 Yard Container in the Fenced in Area- Not Fixed Asset | $ 100.00 |
| Commercial Snow Blower 6 | These are in the 40 Yard Container in the Fenced in Area- Not Fixed Asset | $ 100.00 |
| Commercial Snow Blower 7 | These are in the 40 Yard Container in the Fenced in Area- Not Fixed Asset | $ 100.00 |
| Commercial Snow Blower 8 | These are in the 40 Yard Container in the Fenced in Area- Not Fixed Asset | $ 100.00 |
| Commercial Snow Blower 9 | These are in the 40 Yard Container in the Fenced in Area- Not Fixed Asset | $ 100.00 |
| Commercial Snow Blower 10 | These are in the 40 Yard Container in the Fenced in Area- Not Fixed Asset | $ 100.00 |
| Commercial Snow Blower 11 | These are in the 40 Yard Container in the Fenced in Area- Not Fixed Asset | $ 100.00 |
| Container 20 Yard | In Yard | $ 100.00 |
| Container 40' | In Fenced in Yard | $ 2,000.00 |
| DL 10 Bearcat Tailgate Loader B | Loaded on the Dump Trailer | $ 200.00 |
| Echo 17" Straight Hedger | | $ 100.00 |
| Echo Hedge Trimmer-2013 | | $ 100.00 |
| Echo Hedge Trimmer HC-152 | | $ 100.00 |
| Husqvarna Hedge Trimmer-Weed Whip | This converts from a hedge trimmer to a weed whip | $ 50.00 |
| Kawasaki Hedge Trimmer | | $ 50.00 |
| Echo Mechanical Edger 1 | | $ 100.00 |
| Echo Mechanical Edger 2 | | $ 100.00 |
| Echo Blower PB-770H 1 | | $ 400.00 |
| Echo Blower PB-770H 2 | | $ 400.00 |
| Echo Blower PB-770T 1 | | $ 400.00 |
| Echo Blower PB-770T 2 | | $ 400.00 |
| Echo Blower PB-801H 1 | P52315012885 | $ 400.00 |
| Echo Blower PB-801H 2 | P52315013130 | $ 400.00 |
| Echo Blower PB-801H3 | P52315010150 | $ 400.00 |
| Echo Blower PB-9010T1 | P53415028938 | $ 400.00 |
| Echo Weed Whip SRM225 1 | T79914070771 | $ 100.00 |
| Echo Weed Whip SRM225 2 | T79914070778 | $ 100.00 |
| Echo Weed Whip SRM225 3 | T79914071025 | $ 100.00 |
| Echo Weed Whip SRM225 4 | T79914071049 | $ 100.00 |
| Echo Weed Whip SRM225 5 | T79914071055 | $ 100.00 |
| Lesco Sprayer 200 Gal Comp | In Truck #35 | |
| Toro Aerator | Commercial Size-S/N 404826506 HR 34 | $ 6,000.00 |
| Toro Sprayer-Spreader | S/N 403132424 HR 451 | $ 4,000.00 |

| | | | |
|---|---|---|---|
| Toro 52" Multiforce Grandstand 3 | Model 74529 S/N 400152569 HR 977--Multiforces have the capability to add attachments like plows & sweepers | $ | 3,000.00 |
| Toro 52" Grandstand 1 | Model 74589 S/N 315000368 HR 276 | $ | 1,000.00 |
| Toro 52" Grandstand 2 | Model 74519 S/N 316000116 HR 2081 | $ | 1,000.00 |
| Toro 60" Zmaster 1 | Model 74930 S/N 315000641 HR 2106 | $ | 1,000.00 |
| Toro Rear Dump Collection System 1 | | $ | 1,000.00 |
| Toro Rear Dump Collection System 2 | | $ | 1,000.00 |
| Toro Turfmaster 30" 1 | Model22200 | $ | 500.00 |
| Advanced underground locator | Model Pro900 | $ | 1,000.00 |
| Swenson Salt Spreader | Model P, Polyhawk 8' HONDA SWNSN S/N  0220-11444 | $ | 7,500.00 |
| Welder  & Accessories | | $ | 500.00 |
| Gravely Pro Turn 660 | 992503 ID:001129 | $ | 15,000.00 |
| Gravely Pro Turn 660 | 992503 ID:001403 | $ | 15,000.00 |
| Gravely Pro Turn DFS Bagger #1 | (892054) (792213) | $ | 3,000.00 |
| Gravely Pro Turn DFS Bagger #2 | (892054) (792213) | $ | 3,000.00 |
| Gravely Pro Stance 52FL #1 | (994152) ID: 001149 | $ | 7,000.00 |
| Gravely Pro Stance 52FL #2 | (994152) | $ | 7,000.00 |
| Gravely Pro Stance 52FL #3 (Demo-45Hours) | (994152) ID: 001143 | $ | 7,000.00 |
| Tail Gate Spreader Salt Dogg | S/N 003444 | $ | 5,000.00 |
| STIHL | S/N TS 420 | $ | 400.00 |
| Grapple | | $ | 2,500.00 |
| 4 Pallets of Fertilizer | On pallets in the shop | $ | 2,152.00 |
| 4 Pallets of Bag Salt | On Pallets in 40 Yard container | $ | 900.00 |
| Snow Tires for S570 | In 40 Yard Container | $ | 1,000.00 |
| 96 Snow Bucket for Bobcat 1 | | $ | 950.00 |
| 96 Snow Bucket for Bobcat 2 | | $ | 950.00 |
| Small Snow Bucket for Bobcat | | $ | 500.00 |
| Snow Plow for Truck 51 | | $ | 2,500.00 |
| Large V-Salter/Sander for Truck 51 | | $ | 1,200.00 |
| Fuel Storage Container | | $ | 900.00 |
| Dump Trailer/Leaf Collection Trailer | | $ | 4,500.00 |
| Meyer Salt Spreader for Truck 21 | Brand New | $ | 1,200.00 |
| Bulk Salt 25 Tons | In Salt Container-20 Yard Container | $ | 3,500.00 |
| Bobcat Plow with Poly Blade | | $ | 1,200.00 |
| Watering Tank | | $ | 300.00 |
| Hitch Plate for Bobcat | Used for Attachments | $ | 500.00 |
| Medium Snow Bucket for Bobcat | | $ | 400.00 |
| Oil | We have a 50 gallon drum that is a quarter full with oil for the trucks to do oil changes | $ | 100.00 |
| Stihl Chop Saw 1 | Used for Cutting Block for Hardscapes, Edging, Pavers | $ | 600.00 |
| Stihl Chop Saw 2 | | $ | 600.00 |
| Stihl Chop Saw 3 | Bought Brand New this Spring | $ | 2,100.00 |
| Lazer Level | Used for Hardscapes | $ | 250.00 |
| Stihl Chain Saw 1 | | $ | 350.00 |
| Stihl Chain Saw 2 | | $ | 350.00 |
| Husqvarna Chain Saw | | $ | 350.00 |
| Magnamatic Blade Sharpener | To Sharpen the Mower Blades | $ | 400.00 |
| Cutting Torch w/Dolly | | $ | 500.00 |
| Multiforce Plow | | $ | 900.00 |
| Sweeper for Bobcat S70 | | $ | 3,000.00 |
| Set of Summer Tires Bobcat 1 | Switch these out during season change | $ | 500.00 |
| Set of Summer Tires Bobcat 2 | Switch these out during season change | $ | 500.00 |
| Camera System for Shop and Yard | | $ | 1,200.00 |
| TV in Owner's Office | Used for a Second Monitor for PC | $ | 200.00 |

| | | |
|---|---|---|
| TV in Shop | Used for seasonal training, and for daily updates we want employees to know | $ 250.00 |
| Office A/C | | $ 200.00 |
| Hand Tools in Mechanic Room | Tools, cabinets | $ 3,500.00 |
| Phones for Phone System | Purchased outright, no lease | $ 1,000.00 |
| Sand Barrels | Sand barrels we leave at customers' properties that request them in the winter | $ 200.00 |
| Operations Manager's Computer | | $ 280.00 |
| Office Supplies/Breakroom Supplies | Pens, printer, printer paper, toner, notebooks, highlighters, electronic staplers qty 2, extra keyboards/mice, paper clips, soda, coffee, cups, plates, silverware, mops, dusters, cleaning chemicals, hand soap, toilet paper, paper towels, shop towels, clipboards, key storage units, white boards qty 7, water cooler, snow code map books | $ 1,100.00 |
| Specialized Chemical Treatments | On the shelves in se corner of shop | $ 4,000.00 |
| Seasonal Tools | Rock rakes, mulch rakes, grading rakes, leaf rakes, digging shovels, spade shovels, trenching shovels, wheel barrows, walk behind fertilizer spreaders, walk behind salt spreaders, scoop shovels, push shovels, weed whip line, spare tires for machines, irrigation supplies | unknown |
| Irrigation Wire Tracker | | $ 600.00 |
| Pallet Rack | We purchased and installed all racks within the shop | $ 2,000.00 |
| Ram laptop Mount in Truck 21 | | $ 200.00 |
| Cleaning Supply Cabinet | | $ 75.00 |

$    215,357.00

**Fill in this information to identify the case:**

Debtor name   **ALL METRO SERVICE COMPANIES LLC**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **ALLY BANK**<br>Creditor's Name<br><br>**PO BOX 380902**<br>**BLOOMINGTON, MN 55438**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**4908**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2021 DODGE RAM**<br>**VIN#: 3C6MR5AJ1MG675621**<br><br><br>Describe the lien<br>**TITLE LIEN**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21,877.62** | **$35,000.00** |
| **2.2**  **ALLY BANK**<br>Creditor's Name<br><br>**PO BOX 380902**<br>**BLOOMINGTON, MN 55439**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**5081**<br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**2021 DODGE RAM**<br>**VIN #: 3C6UR5HJ9MG698263**<br><br>Describe the lien<br>**TITLE LIEN**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $23,822.67 | $45,000.00 |

| Debtor | **ALL METRO SERVICE COMPANIES LLC** | Case number (if known) | |
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** | **CHARLES CLARK**
Creditor's Name

**4870 154TH LN NW
RAMSEY, MN 55303**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
05/02/2023**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**BLANKET LIEN - ALL ASSETS**

Describe the lien
**UCC-1 FINANCING STATEMENT**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$66,607.34        $0.00

---

**2.4** | **FALCON NATIONAL BANK**
Creditor's Name

**1010 W ST GERMAIN ST
STE 201
Saint Cloud, MN 56301**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
08/13/2020**
Last 4 digits of account number
**4125**
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**BLANKET LIEN - ALL ASSETS**

Describe the lien
**UCC-1 FINANCING STATEMENT**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$608,501.03        $0.00

---

**2.5** | **FALCON NATIONAL BANK**
Creditor's Name

**9600 UPLAND LN N #100
MAPLE GROVE, MN 55369**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**BLANKET LIEN - ALL ASSETS**

Describe the lien
**UCC-1 FINANCING STATEMENT**
Is the creditor an insider or related party?
☑ No

$349,870.69        $0.00

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 4

Debtor   **ALL METRO SERVICE COMPANIES LLC**                          Case number (if known) _____

Name _____

---

Creditor's email address, if known _____

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**08/13/2020**

☐ No

**Last 4 digits of account number**
**3986**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **FALCON NATIONAL BANK** | **Describe debtor's property that is subject to a lien** | $53,513.47 | $30,000.00 |

Creditor's Name

**ATTN ALLISON BAATZ**
**183 CEDAR DR**
**Foley, MN 56329**

**2006 BANDIT 1290 DRUM CHIPPER AND 2017 TORO STUMP GRINDER STX-38**

Creditor's mailing address

**Describe the lien**
**UCC-1 FINANCING STATEMENT**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**09/24/2020**

■ No

**Last 4 digits of account number**
**4242**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **FALCON NATIONAL BANK** | **Describe debtor's property that is subject to a lien** | $44,660.33 | $0.00 |

Creditor's Name

**9600 UPLAND LN N #100**
**MAPLE GROVE, MN 55369**

**BLANKET LIEN**

Creditor's mailing address

**Describe the lien**
**UCC-1 FINANCING STATEMENT**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**12/29/2021**

■ No

**Last 4 digits of account number**
**7243**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 | **ZIEGLER CAT SKID LOAN** | **Describe debtor's property that is subject to a lien** | $27,034.36 | $48,000.00 |

---

Debtor   **ALL METRO SERVICE COMPANIES LLC**

_____
Name

Case number (if known) _____

| | |
|---|---|
| Creditor's Name | |
| **901 WEST 94TH STREET**<br>**Minneapolis, MN 55420** | **CAT - 263D SKID STEER** |
| Creditor's mailing address | **Describe the lien**<br>**UCC FINANCING STATEMENT** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $1,195,887.51

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BASSFORD REMELE PA**<br>**ATTN JEFFREY KLOBUCAR**<br>**100 SOUTH 5TH STREET STE 1500**<br>**Minneapolis, MN 55402** | Line  2.3 | |
| **Caterpillar Financial Serv. Corp.**<br>**2120 West End Ave**<br>**PO Box 340001**<br>**Nashville, TN 37203-0001** | Line  2.8 | |

| Fill in this information to identify the case: |
| --- |

Debtor name    **ALL METRO SERVICE COMPANIES LLC**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**IRS**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PRIORITY TAXES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$91,000.00** | **$91,000.00** |

**MINNESOTA DEPT OF REV**
**COLLECTION DIVISION**
**PO BOX 64564**
**Saint Paul, MN 55164-0564**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**PRIORITY TAXES / SALES TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **ALL METRO SERVICE COMPANIES LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,874.81 |
|---|---|---|---|

**AMERICAN EXPRESS**
**200 VESEY STREET**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3009**

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,721.53 |
|---|---|---|---|

**CAPITAL ONE**
**BANKRUPTCY CORRESPONDENCE**
**PO BOX 30285**
**Salt Lake City, UT 84130-0285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6323**

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114.85 |
|---|---|---|---|

**CINTAS**
**PO BOX 88005**
**Chicago, IL 60680-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4815**

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,525.94 |
|---|---|---|---|

**CIRCLE K FUEL**
**WEX BANK PO BOX  CAROL STREAM**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8980**

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $164.22 |
|---|---|---|---|

**COMCAST**
**CUSTOMER SERVICE DEPT**
**1500 MARKET ST**
**Philadelphia, PA 19102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,283.34 |
|---|---|---|---|

**EMC INSURANCE**
**11095 VIKING DRIVE SUITE 230**
**Eden Prairie, MN 55344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9600**

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,902.50 |
|---|---|---|---|

**MB LANDSCAPE**
**2345 53RD ST**
**Somerset, WI 54025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ALL METRO SERVICE COMPANIES LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,478.80**

NORTHSIDE BP
2636 UNIVERSITY AVE NE
Minneapolis, MN 55418

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,730.09**

SITE ONE LANDSCAPE SUPPLY
24110 NETWORK PLACE
Chicago, IL 60673-1241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number  **9717**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

US SMALL BUSINESS ADMIN
MINNESOTA DISTRICT OFFICE
330 2nd AVE S STE 430
Minneapolis, MN 55401-2224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$483.00**

WASTE MANAGEMENT
630 MALCOLM AVE SE
Minneapolis, MN 55414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number  **3009**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

WELLS FARGO VENDOR FIN SERV
PO BOX 030310
Los Angeles, CA 90030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/23/2021**

Basis for the claim:  **NOTICE**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,227.00**

YARD CARD
PO BOX 100114
COLUMBIA, SC 29202-3114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

Debtor    **ALL METRO SERVICE COMPANIES LLC**

Name

Case number (if known)

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **91,000.00** |
| **5b. Total claims from Part 2** | 5b. + $ | **100,506.08** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **191,506.08** |

**Fill in this information to identify the case:**

Debtor name      **ALL METRO SERVICE COMPANIES LLC**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
       (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **COMMERCIAL LEASE AGREEMENT** | |
| State the term remaining — **EXPIRES: AUGUST 2025** | **CUE PROPERITES LLC** <br> **3501 MARSHALL ST NE** <br> **Minneapolis, MN 55418** |
| List the contract number of any government contract — **N/A** | |

**Fill in this information to identify the case:**

Debtor name    **ALL METRO SERVICE COMPANIES LLC**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |
| 2.2 | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |
| 2.3 | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |
| 2.4 | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name    **ALL METRO SERVICE COMPANIES LLC**

United States Bankruptcy Court for the:    **DISTRICT OF MINNESOTA**

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$433,836.87** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$1,523,250.94** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,718,798.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   **ALL METRO SERVICE COMPANIES LLC**                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor   **ALL METRO SERVICE COMPANIES LLC**                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **LAMEY LAW FIRM, P.A.**<br>**980 INWOOD AVE N**<br>**OAKDALE, MN 55128-7094** | **ATTORNEY FEES AND COURT FILING FEE** | **MAY 21, 2024** | **$3,500.00** |
| | Email or website address<br>**JLAMEY@LAMEYLAW.COM** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **FALCON NATIONAL BANK**<br>**1010 W ST GERMAIN ST STE 201**<br>**Saint Cloud, MN 56301** | **THE DEBTOR SIGNED OVER TITLES TO CERTAIN VEHICLES THAT DID NOT HAVE A PERFECTED LIEN ON THE TITLE.** | **JUNE 1, 2024** | **Unknown** |
| | Relationship to debtor<br>**NONE.** | | | |

---

**Part 7:**   **Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **ALL METRO SERVICE COMPANIES LLC**                                    Case number *(if known)*

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **ALL METRO SERVICE COMPANIES LLC**                     Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

---

| Debtor | **ALL METRO SERVICE COMPANIES LLC** | Case number *(if known)* | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
| --- | --- |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address | |
| --- | --- |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **SCOTT BALTES** | **7802 131ST ST W APPLE VALLEY, MN 55124** | **PRESIDENT** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor   **ALL METRO SERVICE COMPANIES LLC** _____   Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **SCOTT BALTES**<br>**7802 131ST ST W**<br>**APPLE VALLEY, MN 55124** | **SALARY - $53,000 PER YEAR** | **LAST 12 MONTHS** | **COMPENSATION FOR SERVICES RENDERED** |
| | **Relationship to debtor**<br>**OWNER** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 11, 2024**

**/s/ SCOTT BALTES**                              **SCOTT BALTES**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

LOCAL FORM  1007-1
REVISED  06/16

# United States Bankruptcy Court
### District of Minnesota

In re  **ALL METRO SERVICE COMPANIES LLC**                          Case No. _____
                                                Debtor(s)        Chapter    **7**    _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal Services, I have agreed to accept  ............................ $   **3,162.00**  _____
Prior to the filing of this statement I have received   .............. $   **3,162.00**  _____
Balance Due  ........................................................................ $   **0.00**  _____

2.    The source of the compensation paid to me was:
   ■   Debtor                              ☐   Other (specify)

3.    The source of the compensation to be paid to me is:
   ■   Debtor                              ☐   Other (specify)

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

   **a.**. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   **b.**. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   **c.**. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   **d.**. Representation of the debtor in contested bankruptcy matters; and

   **e.**. Other services reasonably necessary to represent the debtor(s).

6.    Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

LOCAL FORM 1007-1
REVISED 06/16

## CERTIFICATION

     I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: **June 11, 2024**

Signature of Attorney
**/s/ JOHN D. LAMEY III**

**JOHN D. LAMEY III 0312009**

**United States Bankruptcy Court**
**District of Minnesota**

In re   **ALL METRO SERVICE COMPANIES LLC**                                    Case No. _____
                                                   Debtor(s)      Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best

of my knowledge.

Date:   **June 11, 2024** _____          **/s/ SCOTT BALTES** _____
                                                   **SCOTT BALTES**/
                                                   Signer/Title

.

ALLY BANK
PO BOX 380902
BLOOMINGTON MN 55438


ALLY BANK
PO BOX 380902
BLOOMINGTON MN 55439


AMERICAN EXPRESS
200 VESEY STREET
NEW YORK NY 10285


BASSFORD REMELE PA
ATTN JEFFREY KLOBUCAR
100 SOUTH 5TH STREET STE 1500
MINNEAPOLIS MN 55402


CAPITAL ONE
BANKRUPTCY CORRESPONDENCE
PO BOX 30285
SALT LAKE CITY UT 84130-0285


CATERPILLAR FINANCIAL SERV. CORP.
2120 WEST END AVE
PO BOX 340001
NASHVILLE TN 37203-0001


CHARLES CLARK
4870 154TH LN NW
RAMSEY MN 55303


CINTAS
PO BOX 88005
CHICAGO IL 60680-1005


CIRCLE K FUEL
WEX BANK PO BOX  CAROL STREAM
CAROL STREAM IL 60197

```
COMCAST
CUSTOMER SERVICE DEPT
1500 MARKET ST
PHILADELPHIA PA 19102


CUE PROPERITES LLC
3501 MARSHALL ST NE
MINNEAPOLIS MN 55418


EMC INSURANCE
11095 VIKING DRIVE SUITE 230
EDEN PRAIRIE MN 55344


FALCON NATIONAL BANK
1010 W ST GERMAIN ST STE 201
SAINT CLOUD MN 56301


FALCON NATIONAL BANK
9600 UPLAND LN N #100
MAPLE GROVE MN 55369


FALCON NATIONAL BANK
ATTN ALLISON BAATZ
183 CEDAR DR
FOLEY MN 56329


IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346


MB LANDSCAPE
2345 53RD ST
SOMERSET WI 54025


MINNESOTA DEPT OF REV
COLLECTION DIVISION
PO BOX 64564
SAINT PAUL MN 55164-0564
```

NORTHSIDE BP
2636 UNIVERSITY AVE NE
MINNEAPOLIS MN 55418


SITE ONE LANDSCAPE SUPPLY
24110 NETWORK PLACE
CHICAGO IL 60673-1241


US SMALL BUSINESS ADMIN
MINNESOTA DISTRICT OFFICE
330 2ND AVE S STE 430
MINNEAPOLIS MN 55401-2224


WASTE MANAGEMENT
630 MALCOLM AVE SE
MINNEAPOLIS MN 55414


WELLS FARGO VENDOR FIN SERV
PO BOX 030310
LOS ANGELES CA 90030


YARD CARD
PO BOX 100114
COLUMBIA SC 29202-3114


ZIEGLER CAT SKID LOAN
901 WEST 94TH STREET
MINNEAPOLIS MN 55420