**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

| | | |
|---|---|---|
| In re: ALL METRO SERVICE COMPANIES LLC | § | Case No. 24-41523 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Mary Jo A. Jensen-Carter, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: ***(without deducting any secured claims)*** | $900,786.26 | Assets Exempt: | N/A |
| Total Distributions to Claimants: | $5,295.90 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $9,704.10 | | |

3) Total gross receipts of $15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,195,887.51 | $215,500.00 | $215,500.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $9,704.10 | $9,704.10 | $9,704.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $91,000.00 | $22,886.29 | $22,886.29 | $5,295.90 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $100,506.08 | $1,015,235.59 | $1,015,235.59 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,387,393.59 | $1,263,325.98 | $1,263,325.98 | $15,000.00 |

4) This case was originally filed under chapter 7 on 06/11/2024. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/27/2026

By: /s/ Mary Jo Jensen-Carter
Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 GMC (VIN No. 1GDG5C1GV7F902445) | 1129-000 | $7,100.00 |
| 2022 Dodge Ram (VIN No. 3C6MR5AJ0LG309258) | 1129-000 | $5,200.00 |
| 2022 Dodge Ram (VIN No. 3C6MR5AJ9LG309257) | 1129-000 | $2,700.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

*[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8S | FALCON NATIONAL BANK | 4110-000 | $0.00 | $215,500.00 | $215,500.00 | $0.00 |
| N/F | ALLY BANK | 4110-000 | $21,877.62 | NA | NA | NA |
| N/F | ALLY BANK | 4110-000 | $23,822.67 | NA | NA | NA |
| N/F | CHARLES CLARK | 4110-000 | $66,607.34 | NA | NA | NA |
| N/F | FALCON NATIONAL BANK | 4110-000 | $44,660.33 | NA | NA | NA |
| N/F | FALCON NATIONAL BANK | 4110-000 | $53,513.47 | NA | NA | NA |
| N/F | FALCON NATIONAL BANK | 4110-000 | $349,870.69 | NA | NA | NA |
| N/F | FALCON NATIONAL BANK | 4110-000 | $608,501.03 | NA | NA | NA |
| N/F | ZIEGLER CAT SKID LOAN | 4110-000 | $27,034.36 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,195,887.51** | **$215,500.00** | **$215,500.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Mary Jo A. Jensen-Carter | 2100-000 | NA | $2,250.00 | $2,250.00 | $2,250.00 |
| Trustee, Expenses - Mary Jo A. Jensen-Carter | 2200-000 | NA | $161.28 | $161.28 | $161.28 |
| Attorney for Trustee Fees - BUCKLEY & JENSEN | 3110-000 | NA | $525.00 | $525.00 | $525.00 |
| Auctioneer Fees - DAILEY AUCTION SERVICE | 3610-000 | NA | $2,250.00 | $2,250.00 | $2,250.00 |
| Bond Payments - BOND | 2300-000 | NA | $14.63 | $14.63 | $14.63 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $217.24 | $217.24 | $217.24 |
| Other State or Local Taxes (post-petition) - Minnesota Revenue | 2820-000 | NA | $240.00 | $240.00 | $240.00 |
| Accountant for Trustee Fees (Other Firm) - WESLER & ASSOCIATES CPA | 3410-000 | NA | $1,930.00 | $1,930.00 | $1,930.00 |
| Other Professional's Expenses - WESLER & ASSOCIATES CPA | 3992-000 | NA | $126.34 | $126.34 | $126.34 |
| Other Professional's Expenses - DAILEY AUCTION SERVICE | 3992-000 | NA | $1,989.61 | $1,989.61 | $1,989.61 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$9,704.10** | **$9,704.10** | **$9,704.10** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | MINNESOTA DEPT OF REV | 5800-000 | $0.00 | $22,311.33 | $22,311.33 | $5,162.85 |
| 6P | CINTAS | 5800-000 | NA | $209.76 | $209.76 | $48.54 |
| 11 | MINNESOTA DEPT OF REV | 5800-000 | $0.00 | $365.20 | $365.20 | $84.51 |
| N/F | IRS | 5600-000 | $0.00 | NA | NA | NA |
| N/F | MINNESOTA DEPT OF REV | 5600-000 | $91,000.00 | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$91,000.00** | **$22,886.29** | **$22,886.29** | **$5,295.90** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | IRS | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 Pen | MINNESOTA DEPT OF REV | 7300-000 | $0.00 | $2,642.24 | $2,642.24 | $0.00 |
| 3 | Capital One N.A. | 7100-000 | $24,721.53 | $25,387.04 | $25,387.04 | $0.00 |
| 4 | NORTHSIDE BP | 7100-000 | $0.00 | $9,689.00 | $9,689.00 | $0.00 |
| 5 | American Express National Bank | 7100-000 | $19,874.81 | $19,274.81 | $19,274.81 | $0.00 |
| 6U | CINTAS | 7100-000 | NA | $314.64 | $314.64 | $0.00 |
| 7 | NORTHSIDE BP | 7100-000 | $11,478.80 | $9,689.00 | $9,689.00 | $0.00 |
| 8U | FALCON NATIONAL BANK | 7100-000 | $0.00 | $857,834.96 | $857,834.96 | $0.00 |
| 9 | Cue Properties, LLC | 7100-000 | NA | $63,369.60 | $63,369.60 | $0.00 |
| 10 | CATERPILLAR FINANCIAL SERV. CORP. | 7100-000 | NA | $27,034.30 | $27,034.30 | $0.00 |
| N/F | CINTAS | 7100-000 | $114.85 | NA | NA | NA |
| N/F | CIRCLE K FUEL | 7100-000 | $2,525.94 | NA | NA | NA |
| N/F | COMCAST | 7100-000 | $164.22 | NA | NA | NA |
| N/F | EMC INSURANCE | 7100-000 | $7,283.34 | NA | NA | NA |
| N/F | MB LANDSCAPE | 7100-000 | $2,902.50 | NA | NA | NA |
| N/F | SITE ONE LANDSCAPE SUPPLY | 7100-000 | $9,730.09 | NA | NA | NA |
| N/F | US SMALL BUSINESS ADMIN | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | WASTE MANAGEMENT | 7100-000 | $483.00 | NA | NA | NA |
| N/F | WELLS FARGO VENDOR FIN SERV | 7100-000 | $0.00 | NA | NA | NA |
| N/F | YARD CARD | 7100-000 | $21,227.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$100,506.08** | **$1,015,235.59** | **$1,015,235.59** | **$0.00** |

# Form 1

# Individual Estate Property Record and Report

# Asset Cases

Exhibit 8

Page: 1

**Case No.:** 24-41523

**Case Name:** ALL METRO SERVICE COMPANIES LLC

**For Period Ending:** 02/27/2026

**Trustee Name:** (430110) Mary Jo A. Jensen-Carter

**Date Filed (f) or Converted (c):** 06/11/2024 (f)

**§ 341(a) Meeting Date:** 07/08/2024

**Claims Bar Date:** 06/23/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING Account at FALCON NATIONAL BANK, xxxxxx3332 | 30.75 | 0.00 | | 0.00 | FA |
| 2 | SAVING Account at FALCON NATIONAL BANK, xxxxxx4067 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING Account at ROYAL CREDIT UNION<br>(A/R subject to Security interest of Falcon Bank) | 663.51 | 0.00 | | 0.00 | FA |
| 4 | SAVINGS Account at ROYAL CREDIT UNION | 5.00 | 0.00 | | 0.00 | FA |
| 5 | A/R 90 days old or less. Face amount = $121,830.00. Doubtful/Uncollectible accounts = $0.00. | 121,830.00 | 0.00 | | 0.00 | FA |
| 6 | 2 Desks, 2 Cubicles, 3 Station Work Station, Conference Chairs, Fridge, White Boards, All Desk Chairs, Reception & Office Seating Chairs, End Tables, File Cabinet, White Boards, , Breakroom Cabinets, Cleaning Supplies Cabinet. Valuation Method: Liquidation | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | 4 COMPUTERS AND MONITORS. Valuation Method: Liquidation | 400.00 | 0.00 | | 0.00 | FA |
| 8 | 2021 DODGE RAM VIN#: 3C6MR5AJ1MG675621. Valuation Method: Comparable sale | 35,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2021 DODGE RAM VIN #: 3C6UR5HJ9MG698263. Valuation Method: Comparable sale | 45,000.00 | 0.00 | | 0.00 | FA |
| 10 | CAT - 263D SKID STEER. Valuation Method: Liquidation | 48,000.00 | 0.00 | | 0.00 | FA |
| 11 | 7X14 6'6 Unie Trailer -VIN# 56JTE2121JA161672 PLT# 4111CTL 8.5X18 6'6 UnieTrailer - VIN# 56JTE2121JA161670 PLT# 4112CTL Trailer 2018- Unie - VIN#56JTE1422JA161671 Trailer 2018- UnieVin - VIN#56JTE1424JA160165 PLT#CAU081 TPOT 2001Trailer - VIN#1P9AS23201F239043. Valuation Method: Liquidation | 14,500.00 | 0.00 | | 0.00 | FA |

# Form 1

# Individual Estate Property Record and Report

# Asset Cases

Exhibit 8
Page: 2

**Case No.:** 24-41523
**Case Name:** ALL METRO SERVICE COMPANIES LLC

**For Period Ending:** 02/27/2026

**Trustee Name:** (430110) Mary Jo A. Jensen-Carter
**Date Filed (f) or Converted (c):** 06/11/2024 (f)
**§ 341(a) Meeting Date:** 07/08/2024
**Claims Bar Date:** 06/23/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Landscape Trailer GVW 3182 - 7000 lb Top Trailer Landscape Trailer P & J Trailer - ADDC905 VIN# 4P5U81215A2150705 H & H Skid Trailer - VIN# 4KNUT1627VL160543 H&H Skid Trailer - VIN# 5RVCC1620DM016500 H&H Skid Trailer - VIN# 533UF1824GC252173 H&H Skid Trailer - VIN#4J6DB12241B32231. Valuation Method: Liquidation | 8,500.00 | 0.00 | | 0.00 | FA |
| 13 | MSOT 2021 Dump Trailer Model HV-14 S/N 5JWBD1923MA004772 INTT 2021 Trailer IBDU712TAS 4RADU1228MC053914. Valuation Method: Liquidation | 15,000.00 | 0.00 | | 0.00 | FA |
| 14 | SEE ATTACHED EXHIBIT A. Valuation Method: Liquidation | 219,500.00 | 0.00 | | 0.00 | FA |
| 15 | SEE ATTACHED EXHIBIT B. Valuation Method: Liquidation | 215,357.00 | 0.00 | | 0.00 | FA |
| 16 | CUSTOMER LIST. | Unknown | 0.00 | | 0.00 | FA |
| 17 | EMPLOYEE RETENTION TAX CREDIT, Tax Year 2020/2021 | 176,000.00 | 0.00 | | 0.00 | FA |
| 18 | 2022 Dodge Ram (VIN No. 3C6MR5AJ9LG309257) | Unknown | 2,700.00 | | 2,700.00 | FA |
| 19 | 2022 Dodge Ram (VIN No. 3C6MR5AJ0LG309258) | Unknown | 5,200.00 | | 5,200.00 | FA |
| 20 | 2007 GMC (VIN No. 1GDG5C1GV7F902445) | Unknown | 7,100.00 | | 7,100.00 | FA |
| **20** | **Assets Totals (Excluding unknown values)** | **$900,786.26** | **$15,000.00** | | **$15,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL ACCOUNT AFTER DISTRIBUTION 2/27/26

**Initial Projected Date Of Final Report (TFR):** 10/31/2025 **Current Projected Date Of Final Report (TFR):** 09/29/2025 (Actual)

# Form 2

Exhibit 9

Page: 1

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 24-41523 | **Trustee Name:** | Mary Jo A. Jensen-Carter (430110) |
| **Case Name:** | ALL METRO SERVICE COMPANIES LLC | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***6755 | **Account #:** | ******7663 Checking |
| **For Period Ending:** | 02/27/2026 | **Blanket Bond (per case limit):** | $24,400,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/06/24 | | DAILEY AUCTION SERVICE | SALE OF 2007 GMC DUMP TRUCK, 2020 DODGE RAM PICKUP TRUCK AND 2020 DODGE RAM PICKUP TRUCK | | 10,760.39 | | 10,760.39 |
| | {20} | | GORSS FOR SALE OF 2007 GMC DUMP TRUCK $7,100.00 | 1129-000 | | | |
| | {19} | | GROSS FOR SALE OF 2020 DODGE RAM PICKUP TRUCK $5,200.00 | 1129-000 | | | |
| | {18} | | GROSS FOR SALE OF 2020 DODGE RAM PICKUP TRUCK $2,700.00 | 1129-000 | | | |
| | | DAILEY AUCTION SERVICE | COMMISSION FOR SALE OF 2007 GMC DUMP TRUCK, 2020 DODGE RAM PICKUP TRUCK AND 2020 DODGE RAM PICKUP TRUCK -$2,250.00 | 3610-000 | | | |
| | | DAILEY AUCTION SERVICE | DK REPAIR, PICKUP VEHICLES AT 2 LOCATIONS, 2 HOUR WAIT AT IMPOUND , IMPOUND FEES, DELIVER FROM HOLDING AREA TO AUCTION -$1,989.61 | 3992-000 | | | |
| 08/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 13.75 | 10,746.64 |
| 09/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 16.60 | 10,730.04 |
| 10/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 18.86 | 10,711.18 |
| 11/25/24 | 101 | Minnesota Revenue | 2024 STATE INCOME TAXES | 2820-000 | | 240.00 | 10,471.18 |
| 11/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 15.97 | 10,455.21 |
| 12/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 18.53 | 10,436.68 |
| 01/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 17.28 | 10,419.40 |
| 02/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 15.58 | 10,403.82 |
| 03/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 16.11 | 10,387.71 |
| 04/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 17.75 | 10,369.96 |
| 05/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 16.62 | 10,353.34 |
| 06/26/25 | 102 | INTERNATIONAL SURETIES, LTD. | 2025 Bond, Bond #612418760 | 2300-000 | | 14.63 | 10,338.71 |
| 06/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 16.03 | 10,322.68 |
| 07/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 18.20 | 10,304.48 |
| 08/29/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 15.96 | 10,288.52 |

**Page Subtotals:** **$10,760.39** **$471.87**

# Form 2

**Exhibit 9**



## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 24-41523 | **Trustee Name:** | Mary Jo A. Jensen-Carter (430110) |
| **Case Name:** | ALL METRO SERVICE COMPANIES LLC | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***6755 | **Account #:** | ******7663 Checking |
| **For Period Ending:** | 02/27/2026 | **Blanket Bond (per case limit):** | $24,400,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/07/26 | 103 | WESLER & ASSOCIATES CPA | Distribution payment - Dividend paid at 100.00% of $126.34; Claim # ACCT EXP; Filed: $126.34 | 3992-000 | | 126.34 | 10,162.18 |
| 01/07/26 | 104 | WESLER & ASSOCIATES CPA | Distribution payment - Dividend paid at 100.00% of $1,930.00; Claim # ACCT FEE; Filed: $1,930.00 | 3410-000 | | 1,930.00 | 8,232.18 |
| 01/07/26 | 105 | BUCKLEY & JENSEN | Distribution payment - Dividend paid at 100.00% of $525.00; Claim # ATTY; Filed: $525.00 | 3110-000 | | 525.00 | 7,707.18 |
| 01/07/26 | 106 | Mary Jo A. Jensen-Carter | Combined trustee compensation & expense dividend payments. | | | 2,411.28 | 5,295.90 |
| | | Mary Jo A. Jensen-Carter | Claims Distribution - Mon, 09-29-2025 $2,250.00 | 2100-000 | | | |
| | | Mary Jo A. Jensen-Carter | Claims Distribution - Mon, 09-29-2025 $161.28 | 2200-000 | | | |
| 01/07/26 | 107 | MINNESOTA DEPT OF REV | Distribution payment - Dividend paid at 23.14% of $22,311.33; Claim # 2P; Filed: $22,311.33 6755 | 5800-000 | | 5,162.85 | 133.05 |
| 01/07/26 | 108 | CINTAS | Distribution payment - Dividend paid at 23.14% of $209.76; Claim # 6P; Filed: $209.76 | 5800-000 | | 48.54 | 84.51 |
| 01/07/26 | 109 | MINNESOTA DEPT OF REV | Distribution payment - Dividend paid at 23.14% of $365.20; Claim # 11; Filed: $365.20 6755 | 5800-000 | | 84.51 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **10,760.39** | **10,760.39** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | **10,760.39** | **10,760.39** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$10,760.39** | **$10,760.39** | |

# Form 2



## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 24-41523 | **Trustee Name:** | Mary Jo A. Jensen-Carter (430110) |
| **Case Name:** | ALL METRO SERVICE COMPANIES LLC | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***6755 | **Account #:** | ******7663 Checking |
| **For Period Ending:** | 02/27/2026 | **Blanket Bond (per case limit):** | $24,400,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $10,760.39 |
| Plus Gross Adjustments: | -$3,660.39 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $7,100.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7663 Checking | $10,760.39 | $10,760.39 | $0.00 |
| | **$10,760.39** | **$10,760.39** | **$0.00** |